DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEIL KURT SALAZAR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-979

[September 15, 2021]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael J. McNicholas, Judge; L.T. Case No. 47-2000-CF-000368-A.

Neil Kurt Salazar, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***